JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ANTHONY CAPRA,<br><br>  Plaintiff,<br><br>  v.<br><br>OFFICER D. BLANCO (#018905), CALIFORNIA HIGHWAY PATROL, and DOES 1-10, inclusive,<br><br>  Defendants. | SACV13-00509-BRO (ANx)<br><br>**JUDGMENT**<br><br>Judge:           Beverly Reid O'Connell<br>Action Filed:  March 29, 2013 |

This action came on for hearing before the Court on March 31, 2014, Hon. Beverly Reid O'Connell, District Judge Presiding, on defendant California Highway Patrol Officer Daniel Blanco's Motion for Partial Summary Judgment. On April 21, 2014, plaintiff Thomas Capra abandoned his California state law claim for Negligence. On May 6, 2014, having fully considered the evidence presented, the Court granted summary judgment to defendant California Highway Patrol Officer Daniel Blanco on plaintiff Thomas Capra's claims for Arrest without

1

Probable Cause in violation of the Fourth Amendment, Use of Excessive Force in violation of the Fourth Amendment, False Arrest and Imprisonment under California state law and Battery under California state law.

Therefore, IT IS ORDERED AND ADJUDGED that plaintiff Thomas Capra take nothing, that the action be dismissed on the merits, and that defendant California Highway Patrol Officer Daniel Blanco recover his costs.

**IT IS SO ORDERED.**

Dated: May 14, 2014   _____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE